DISTRICT COURT CIVIL COVER SHEET

WASHOE County, Nevada

Case No. _____
(Assigned by Clerk's Office)

FILED
Electronically
CV20-01840
2020-11-17 10:21:23 AM
Jacqueline Bryant
Clerk of the Court
Transaction # 8165097 : csulezic

## I. Party Information (provide both home and mailing addresses if different)

| Plaintiff(s) (name/address/phone): | Defendant(s) (name/address/phone): |
|---|---|
| ROBERT C. WILSON | ARTURO C. HERNANDEZ; 99 CENTS ONLY STORES, LLC; DOES 1 through 5; and ROE CORPORATIONS 1 through 5, inclusive |

| Attorney (name/address/phone): | Attorney (name/address/phone): |
|---|---|
| Ben J. Bingham, Esq. (NV Bar No. 7280) Benson & Bingham, 11441 Allerton Park Drive #100 Las Vegas, NV 89135 702) 382-9797 | |

## II. Nature of Controversy (please select the one most applicable filing type below)

**Civil Case Filing Types**

| Real Property | Torts | |
|---|---|---|
| **Landlord/Tenant** | **Negligence** | **Other Torts** |
| ☐ Unlawful Detainer (UD) | ☒ Auto (VP) | ☐ Product Liability (PL) |
| ☐ Other Landlord/Tenant (LT) | ☐ Premises Liability (SF) | ☐ Intentional Misconduct (IM) |
| **Title to Property** | ☐ Other Negligence (NO) | ☐ Employment Tort (WT) |
| ☐ Judicial Foreclosure (FC) | **Malpractice** | ☐ Insurance Tort (IN) |
| ☐ Other Title to Property (OT) | ☐ Medical/Dental (MD) | ☐ Other Tort (TO) |
| **Other Real Property** | ☐ Legal (LG) | |
| ☐ Condemnation/Eminent Domain (CD) | ☐ Accounting (AG) | |
| ☐ Other Real Property (RO) | ☐ Other Malpractice (MG) | |
| **Probate** | **Construction Defect & Contract** | **Judicial Review/Appeal** |
| **Probate** (select case type and estate value) | **Construction Defect** | **Judicial Review** |
| ☐ Summary Administration (SU) | ☐ Chapter 40 (CQ) | ☐ Foreclosure Mediation Case (FO) |
| ☐ General Administration (FA) | ☐ Other Construction Defect (CF) | ☐ Petition to Seal Records (PS) |
| ☐ Special Administration (SL) | **Contract Case** | ☐ Mental Competency (MT) |
| ☐ Set Aside (SE) | ☐ Uniform Commercial Code (UN) | **Nevada State Agency Appeal** |
| ☐ Trust/Conservatorship (TN) | ☐ Building and Construction (BC) | ☐ Department of Motor Vehicle (DM) |
| ☐ Other Probate (OP) | ☐ Insurance Carrier (BF) | ☐ Worker's Compensation (SI) |
| **Estate Value** | ☐ Commercial Instrument (CI) | ☐ Other Nevada State Agency (ON) |
| ☐ Over $200,000 | ☐ Collection of Accounts (CT) | **Appeal Other** |
| ☐ Between $100,000 and $200,000 | ☐ Employment Contract (EC) | ☐ Appeal from Lower Court (CA) |
| ☐ Under $100,000 or Unknown | ☐ Other Contract (CO) | ☐ Other Judicial Review/Appeal (AO) |
| ☐ Under $2,500 | | |
| **Civil Writ** | | **Other Civil Filing** |
| **Civil Writ** | | **Other Civil Filing** |
| ☐ Writ of Habeas Corpus (HB) | ☐ Writ of Prohibition (WP) | ☐ Compromise of Minor's Claim (CM) |
| ☐ Writ of Mandamus (WM) | ☐ Other Civil Writ (WO) | ☐ Foreign Judgment (FJ) |
| ☐ Writ of Quo Warrant (WQ) | | ☐ Other Civil Matters (GC) |

*Business Court filings should be filed using the Business Court civil coversheet.*

11/17/2020
Date

/s/ Ben J. Bingham
Signature of initiating party or representative

**COMP**
BEN J. BINGHAM, ESQ.
Nevada Bar No. 7280
BENSON & BINGHAM
11441 Allerton Park Drive, Suite 100
Las Vegas, NV 89135
(702) 382-9797, telephone
(702) 382-9798, facsimile
litigate@bensonbingham.com
Attorneys for Plaintiff

## IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

## IN AND FOR THE COUNTY OF WASHOE

| | |
|---|---|
| ROBERT C. WILSON, | ) CASE NO.: |
| | ) DEPT. NO.: |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ARTURO C. HERNANDEZ; 99 CENTS ONLY STORES, LLC; DOES 1 through 5; and ROE CORPORATIONS 1 through 5, inclusive, | ) ) ) |
| | ) |
| Defendants. | ) |

## COMPLAINT

COMES NOW, Plaintiff, ROBERT C. WILSON, by and through his attorneys of record, BENSON & BINGHAM, and for his claims for relief against Defendants, and each of them, alleges as follows:

## GENERAL ALLEGATIONS

1. At all times relevant to this action, Plaintiff, ROBERT C. WILSON (hereinafter "Plaintiff", was and is a resident of the City of Reno, County of Washoe, State of Nevada.

2. Upon information and belief, at all times relevant to this action, Defendant, ARTURO C. HERNANDEZ (hereinafter "Defendant Hernandez"), was the operator of a 2012

208,573

1

Chevrolet 2500HD pick-up truck, bearing California license plate 44038H1 (hereinafter referred to as "Defendant's vehicle").

3. Upon information and belief, at all times relevant to this action, Defendant, 99 CENTS ONLY STORES, LLC (hereinafter "Defendant 99 Cents Only"), was and is a domestic limited liability company licensed to do business in the State of Nevada, and was and is the owner of Defendant's vehicle.

4. That the true names or capacities, whether individual, corporate, associate or otherwise of Defendants DOES 1 through 5 and ROE CORPORATIONS 1 through 5 are unknown to Plaintiff who therefore sues said Defendants by such fictitious names. Plaintiff is informed and believes and thereon alleges that each of the Defendants designated herein as DOE and ROE CORPORATIONS are responsible in some manner for the events and happenings herein referred to and caused damage proximately to Plaintiff as herein alleged; and Plaintiff will ask leave of this Court to amend this Complaint to insert the true names and capacities of DOES 1 through 5 and ROE CORPORATIONS 1 through 5, when the same have been ascertained and to join such Defendants in this action.

5. Plaintiff was the owner and operator of a 2000 Ford Excursion, bearing Nevada license plate 301F17 (hereinafter referred to as "Plaintiff's vehicle").

6. At all times mentioned herein, I-80 runs in a generally east/west direction, at or near the intersection with the Wells off ramp, and is a generally traveled public street or highway within the County of Washoe, State of Nevada.

**FIRST CAUSE OF ACTION**

(Negligence)

7. Plaintiff repeats and realleges each and every allegation contained in paragraphs 1 through 6 and incorporates the same herein by reference as though fully set forth herein.

208,573

8. That on or about November 19, 2018, Plaintiff was stopped eastbound on the I-80 for traffic in front of him. At the same time and place, Defendant Hernandez was travelling eastbound on the I-80 when he failed to decrease speed or stop for traffic in front of him. Defendant Hernandez collided into non-party vehicle #2. Non-party vehicle #2 was pushed forward into non-party vehicle #3 and non-party vehicle #3 was pushed forwarded into Plaintiff's vehicle. This chain reaction type collision caused the injuries and damages complained of.

9. At the time of the collision herein complained of and immediately prior thereto, Defendant Hernandez was negligent and careless in the following particulars:

   a. In failing to maintain a proper lookout for other vehicles on the roadway and more particularly the Plaintiff's vehicle;

   b. In operating the Defendant's vehicle without due caution and with disregard for the rights of Plaintiff herein;

   c. In failing to keep Defendant's vehicle under proper control;

   d. In operating Defendant's vehicle without paying full time and attention to said operation;

   e. In failing to sufficiently control Defendant's vehicle to avoid a collision; and,

   f. In failing to exercise due care.

(Respondeat Superior/Vicarious Liability)

10. Based upon information and belief, Defendant Hernandez was in the course and scope of employment with his employer, Defendant 99 Cents Only, at the time of the subject accident on November 19, 2018.

11. Based upon said relationship, Defendant 99 Cents Only is vicariously liable for the acts of its employees, namely, Defendant Hernandez.

. . . .

3

208,573

**(Joint and Several Liability)**

12. It is believed that all Defendants are jointly and severally liable to Plaintiff for their concerted acts causing the subject accident.

**(General Damages)**

13. That as a direct and proximate result thereof, Plaintiff sustained great pain of body and mind, including injuries to his neck, back, shoulder, head, limbs, mental stress, and anxiety, all or some of which conditions may be permanent and disabling in nature, all to his damage in an amount in excess of the District Court's jurisdictional threshold of FIFTEEN THOUSAND DOLLARS ($15,000.00).

**(Medical Special Damages)**

14. That as a direct and proximate result thereof, Plaintiff has incurred expenses for medical care and treatment and expenses incidental thereto, all to his damage, the present amount of which is unknown; such expenses will continue in the future, all to his damage in a presently unascertainable amount. In this regard, Plaintiff prays leave of this Court to insert all said damages herein when the same have been fully ascertained.

15. That Plaintiff has been required to engage the services of an attorney, and is therefore entitled to reasonable attorney's fees and costs to bring this action.

WHEREFORE, Plaintiff expressly reserving his right to amend this Complaint at the time of trial of this action to include all items of damages not yet ascertained, demands judgment against the Defendants, and each of them, as follows:

1. General and special damages in an amount is excess of the District Court's jurisdictional threshold of FIFTEEN THOUSAND DOLLARS ($15,000.00);

2. Prejudgment interest;

3. Reasonable attorney's fees;

4

4. Costs of suit herein; and,

5. For such other and further relief as the Court may deem proper.

## AFFIRMATION
## Pursuant to NRS 239B.030 and 603A.040

The undersigned does hereby affirm that the preceding document does not contain the personal information of any person.

DATED this 17th day of November, 2020.

BENSON & BINGHAM

/s/ Ben J. Bingham
BEN J. BINGHAM, ESQ.
Nevada Bar No. 7280
Attorney for Plaintiff

5