**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
VIRGINIA T. TOMOVA, ESQ.
Nevada Bar No. 12504
E-mail: Virginia.Tomova@wilsonelser.com
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Arturo C. Hernandez;
99 Cents Only Stores, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Robert C. Wilson,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Arturo Casa Hernandez, a California resident; 99 Cents Only Stores, LLC, dba 99 ¢ Only Stores, a California limited liability company, Does 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 3:21-cv-52<br><br>**Defendants' Jury Demand** |

Defendants request a jury trial per Rule 38.

DATED this 23rd day of January, 2021.

**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

BY:   */s/ Michael P. Lowry*
　　　MICHAEL P. LOWRY, ESQ.
　　　Nevada Bar No. 10666
　　　VIRGINIA T. TOMOVA, ESQ.
　　　Nevada Bar No. 12504
　　　6689 Las Vegas Blvd. South, Suite 200
　　　Las Vegas, NV 89119
　　　Attorneys for Arturo C. Hernandez;
　　　99 Cents Only Stores, LLC

250565662v.1

## Certificate of Service

Pursuant to FRCP 5, I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker LLP, and that on January 23, 2021, I served **Defendants' Jury Demand** as follows:

☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

| |
|---|
| Ben J. Bingham<br>Benson & Bingham<br>11441 Allerton Park Drive, Suite 100<br>Las Vegas, NV 89135<br>Attorneys for Robert C. Wilson |

BY:  */s/ Michael Lowry*
An Employee of


-2-

250565662v.1