

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Arturo C. Hernandez; 99 Cents Only Stores, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Robert C. Wilson,<br><br>            Plaintiff,<br><br>v.<br><br>Arturo Casa Hernandez, a California resident; 99 Cents Only Stores, LLC, dba 99 ¢ Only Stores, a California limited liability company, Does 1 through 10, inclusive,<br><br>            Defendants. | Case No.: 3:21-cv-52<br><br>**Defendants Arturo Casas Hernandez and 99 Cents Only Stores, LLC's Motion to Remove from Service List** |

    Defendants request to remove attorney Virginia T. Tomova from the CM/ECF electronic service list. Ms. Tomova is no longer working this file.

    DATED this 20th day of September, 2021.



BY: */s/ Michael P. Lowry*
     MICHAEL P. LOWRY
     Nevada Bar No. 10666
     6689 Las Vegas Blvd. South, Suite 200
     Las Vegas, NV 89119
     Attorneys for Arturo C. Hernandez;
     99 Cents Only Stores, LLC

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

258438090v.1

**Certificate of Service**

Pursuant to FRCP 5, I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker LLP, and that on September 20, 2021, I served **Defendants Arturo Casas Hernandez and 99 Cents Only Stores, LLC's Motion to Remove from Service List** as follows:

☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

| | |
|---|---|
| Ben J. Bingham<br>Benson & Bingham<br>11441 Allerton Park Drive, Suite 100<br>Las Vegas, NV 89135<br>Attorneys for Robert C. Wilson | |

BY: */s/ Amanda Hill*
      An Employee of



-2-

258438090v.1