# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Robert C. Wilson,

          Plaintiff,

v.

Arturo Casa Hernandez, a California resident; 99 Cents Only Stores, LLC, dba 99 ¢ Only Stores, a California limited liability company, Does 1 through 10, inclusive,

          Defendants.

Case No.: 3:21-CV-00052-RCJ-CLB

ORDER OF DISMISSAL WITH PREJUDICE

    The parties stipulate to dismiss all claims in case 3:21-cv-00052, each to bear their own fees and costs. No trial date was scheduled.

IT IS SO ORDERED.

_____
ROBERT C. JONES
United States District Judge

Dated: October 12, 2021.